IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ABDIEL SERRANO | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | No. 4:15-cv-00125-ALM |
| | § | |
| STATE FARM LLOYDS and | § | |
| LYNN MCMILLIN, | § | JURY |
| | § | |
| **Defendants.** | | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The Court, after having considered Plaintiff Abdiel Serrano and Defendants State Farm Lloyds and Lynn McMillin's Joint Stipulation of Dismissal With Prejudice, is of the opinion that it should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims against Defendants State Farm Lloyds and Lynn McMillin are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that the parties shall bear their own costs.

IT IS SO ORDERED.
**SIGNED this 15th day of June, 2015.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE